# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Pearson, Benita Y**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Pearson, Benita Y [electronically signed on 05/13/2021 by Pearson, Benita Y in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Cleveland-Marshall College of Law | University/College | Board of Visitors, Member |
| 2 | The Butler Institute of American Art | Museum of Art | Trustee |
| 3 | Eliza Bryant Village | Non-Profit | Honorary Trustee |
| 4 | Federal Bar Association | Non-Profit | Member, Board of Directors |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | U.S. Courts | 01/07/2020 - 01/09/2020 | Miami, FL | Financial Disclosure Committee Meeting | Travel, lodging and food |

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 2 | U.S. Courts | 02/23/2020 - 02/27/2020 | Washington, D.C. | Federal Judicial Center, Phase II Training, Mentor Judge | Travel, lodging, and food |

## V. Gifts

None

## VI. Liabilities

None

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|-------------|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| 1 | Vanguard Windsor II Fund | None | None | $15,000 or less | Cash Market | | | |
| 2 | Vanguard 500 Index Fund Inv | None | None | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation